IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| PORTER BROTHERS CONSTRUCTION, INC., an Illinois corporation, | ) ) ) ) |
| Defendant. | ) |

CIVIL ACTION

NO. 21 C 6809

JUDGE SARA L. ELLIS

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, PORTER BROTHERS CONSTRUCTION, INC., an Illinois corporation, in the total amount of $51,353.94, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,190.00.

On December 27, 2021, the Summons and Complaint was served on the Registered Agent, Trent L. Bush (by tendering a copy of said documents to him personally) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 17, 2022. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Porter Bros\motion for entry of default and judgment.cmc.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 11th day of February 2022:

>Mr. Trent L. Bush, Registered Agent
>Porter Brothers Construction, Inc.
>202 East 5th Street
>Sterling, IL   61081-3651
>
>Mr. Matthew Porter, President
>Porter Brothers Construction, Inc.
>1106 Industrial Park Road
>Rock Falls, IL   61071-3162
>
>Mr. Matthew Porter, President
>Porter Brothers Construction, Inc.
>9904 Freeport Road
>Rock Falls, IL   61071-9502

>/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Porter Bros\motion for entry of default and judgment.cmc.df.wpd